UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 21531-CV-DIMITROULEAS

**Cesar Nahun Rodriguez Banegas**,

      Petitioner,

v.

**Warden of the Miami Federal Detention Center**
*In His Official Capacity*, et. al.

      Respondents.

                                 /

## ORDER ON RESPONSE AND REPLY TO PETITION

**THIS CAUSE** is before the Court on Petitioner Cesar Nahun Rodriguez Banegas

("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed March 9, 2026.

The Court has considered the Petition [DE 1] the Response, filed March 16, 2026, and the Reply,

also filed March 16, 2026, and is otherwise fully advised in the premises.

The Court previously ordered that "No later than March 13, 2026, Respondents shall file

a response to the Petition. Petitioner shall file a reply on or before March 17, 2026." [DE 3].

Respondents failed to file a timely response. When no response was filed, Petitioner filed

a "Reply" indicating that no response was filed, and that the Petitioner [DE 1] should be granted

on that basis. *See* [DE 4].

On March 16, 2026, Respondents filed a response, indicated that their failure was a result

of a mis-calendaring error.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Court will accept the Response [DE 5] as timely filed and will permit Petitioner to

    file an additional, substantive reply to Respondents' response, due by **March 23, 2026.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov