UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21531-CV-DIMITROULEAS

CESAR NAHUN RODRIGUEZ-BANEGAS,

Petitioner,

v.

WARDEN OF FEDERAL DETENTION CENTER MIAMI, et al.

Respondents.

_____/

**ORDER REQUIRING RESPONSE**

**THIS CAUSE** is before the Court on Motion for Reconsideration [DE 9], filed March 30,

2026.  The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Respondents shall file a response to the Motion [DE 9] not later than April 2, 2026
   which, among other things, should distinguish Petitioner's citations to *Rodriguez-
   Acurio v. Almodovar*, No. 2:25-CV-6065 (NJC), 2025 WL 3314420, at *15 (E.D.N.Y.
   Nov. 28, 2025) and *Lopez v. Dir. of Enf't & Removal Operations*, No. 3:25-CV-1313-
   JEP-SJH, 2026 WL 261938, at *10 (M.D. Fla. Jan. 26, 2026).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

30th day of March 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov