UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21531-CV-DIMITROULEAS

CESAR NAHUN RODRIGUEZ-BANEGAS,

     Petitioner,

v.

WARDEN OF FEDERAL DETENTION CENTER MIAMI, et al.

     Respondents.

_____/

## ORDER REQUIRING REPLY

**THIS CAUSE** is before the Court on Motion for Reconsideration [DE 9], filed March 30, 2026.  The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner shall file a reply not later than April 3, 2026 to Respondents' Response to Petitioner's Motion for Reconsideration.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of March 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov