UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21531-WPD

CESAR NAHUN RODRIGUEZ-BANEGAS,

      Petitioner,

vs.

WARDEN OF THE MIAMI FEDERAL DETENTION CENTER, *et al.*

      Respondents.

_____/

## <u>ORDER SETTING HEARING ON MOTION FOR RECONSIDERATION</u>

This Cause is before the Court on Petitioner's Motion for Reconsideration [DE 9], filed herein on March 30, 2026. The Court has considered the Motion [DE 9], Respondents' March 31, 2026 Response [DE 11] and the Petitioner's April 2, 2026, Reply [DE 13] and is otherwise fully advised.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A hearing on Petitioner's Motion [DE 9] is hereby set for **2:30 PM on Thursday, April 23, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record